Form 1, P1 (11-92)

**FORM 1 VOLUNTARY PETITION**

| United States Bankruptcy Court | **VOLUNTARY PETITION** |
|---|---|
| District of | |

| IN RE (Name of debtor-if individual, enter Last, First, Middle) SAN MARTIN, Gloria N. | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) none |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden and trade names) none | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names.) n/a |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 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 | SOC. SEC./TAX I.D. NO.(If more than one, state all) n/a |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 266 Westfield Avenue Elizabeth, NJ 07208 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) n/a |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Union | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) PO Box 2865 Elizabeth, NJ 07207 | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) n/a |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from addresses listed above) 266 Westfield Avenue, Elizabeth, NJ 07208 | ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |
|---|---|

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|---|
| ☒ Individual ☐ Joint (H&W) ☐ Partnership ☐ Other _____ | ☐ Corporation Publicly Held ☐ Corporation Not Publicly Held ☐ Municipality | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 ☐ Chapter 9    ☐ Chapter 12    ☐ § 304-Case Ancillary to Foreign Proceeding |

NATURE OF DEBT

☒ Non-Business Consumer    ☐ Business - Complete A&B below

A. TYPE OF BUSINESS (check one box)

| ☐ Farming | ☐ Transportation | ☐ Commodity Broker |
|---|---|---|
| ☐ Professional | ☐ Manufacturing/ Mining | ☐ Construction |
| ☐ Retail/Wholesale | | ☐ Real Estate |
| ☐ Railroad | ☐ Stockbroker | ☐ Other Business |

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

FILING FEE (Check one box)

☐ Filing fee attached.

☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Offical Form No..3

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY

Anna C. Little, Esq.  for Philip Di Giovanni, Esq.
315 Rahway Avenue, Elizabeth, NJ 07202

Telephone No. 908-289-5111

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

Anna C. Little, Esq.

☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney: (    )

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only) (Check applicable boxes) |
|---|
| ☐ Debtor estimates that funds will be available for distribu |
| ☒ Debtor estimates that after any exempt property is exclu expenses paid, there will be no funds available for distri |

ESTIMATED NUMBER OF CREDITORS

☒ 1-15    ☐ 16-49    ☐ 50-99    ☐ 100-19

ESTIMATED ASSETS (in thousands of dollars)

☒ Under 50 ☐ 50-99 ☐ 100-499 ☐ 500-999 ☐ 1000-999

ESTIMATED LIABILITIES (in thousands of dollars)

☒ Under 50 ☐ 50-99 ☐ 100-499 ☐ 500-999 ☐ 1000-999

ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONL

☐ 0    ☐ 1-19    ☐ 20-99

ESTIMATED NO . OF EQUITY SECURITY HOLDERS - CH

☐ 0    ☐ 1-19    ☐ 20-99

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY

Case # 01-34057 nRG        Chapter 7
Filed: 08:30 AM, 04/09/01      Newark

Judge: Rosemary Gambardella
Trustee: Carmen Maggio

Debtor(s):
   Gloria N. San Martin

**First Meeting of Creditors**
01:00 PM, May 09, 2001
One Newark Center
One Newark Center
Suite 1401, Office of the US Trustee
Newark, NJ 07102-5504

RECEIPT

# 000228305 - AG

02:35 PM, April 09, 2001

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 07 | 1 | $170.00 |

ORIGINAL

**TOTAL PAID: $200.00**

From: Anna C. Little, Esq.
24 Commerce Street
Suite 1727
Newark, NJ 07102

2



Form 1, P2 (6-90)

Name of Debtor_____   Case No. _____

(Court use only)

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☐ A copy of debtors proposed plan dated _____ is attached.  ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)**

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet)**

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _AC Little_   Date _____

Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _____  Signature of Debtor  Date | X _____  Signature of Authorized Individual |
| | Print or Type Name of Authorized Individual |
| X _____  Signature of Joint Debtor  Date | Title of Individual Authorized by Debtor to File this Petition  Date |

**EXHIBIT 'A' ( To be completed if debtor is a corporation requesting relief under chapter 11.)**

☐ Exhibit 'A' is attached and made a part of this petition.

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)**

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit 'B' has been completed.

X _____   Date _____

Signature of Debtor

X _____   Date _____

Signature of Joint Debtor

**EXHIBIT 'B' (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)**

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _AC Little_   Date _____

Signature of Attorney

3089-2+ 1991 JULIUS BLUMBERG INC. NYC 10013

Julius Blumberg, Inc NYC 10013

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**    NEW JERSEY

In re:  Gloria SAN MARTIN                    Debtor(s)              Case No.                    (If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | | | |
| B - Personal Property | Y | 1 | | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 3 | | | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | |
| Total Number of Sheets of All Schedules | | 12 | | | |
| Total Assets | | | 2,120.00 | | |
| Total Liabilities | | | | 30,900.00 | |

Form B6 A/B, P1(6-90)   Julius Blumberg, Inc. NYC 10013

In re:   Gloria SAN MARTIN                    Debtor(s)      Case No.                    (If known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total -> | $  0.00 | (Report also on Summary of Schedules.) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Union Bank  Acct # 1010002184638 | | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Bed, clock-radio, Brother fax | | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | varied casual clothing | | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Form B6B, P2 (6-90)

## SCHEDULE B
### PERSONAL PROPERTY

In re:                                                                    Debtor(s)        Case No.                    (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 Toyota Camry, recently damaged in accident | | $1,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    $    2,120.00

_____ continuation sheets attached

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 C (6,90)

In re:    Gloria SAN MARTIN                                    Debtor(s)        Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐  11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒  11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | | $20.00 | $20.00 |
| First Union Bank Account Balance acct#  1010002184638 | | $100.00 | $100.00 |
| Household Furnishings | | $500.00 | $500.00 |
| Clothing | | $500.00 | $500.00 |
| 1988 Toyota Camry (damaged) | | $1,000.00 | $1,000.00 |

Form 96 D (6-90)                    Julius Blumberg, Inc. NYC 10013

In re:  Gloria SAN MARTIN                    Debtor(s)       Case No.              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # EKLG No. 99003350 People's Bank c/o EKLG attorney 140 Sylvan Ave. POB 1660 Englewood Cliffs, NJ 07632-0660 | | | VALUE $ 5,000.00 | | $5,000.00 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

_____ continuation sheets attached

Subtotal -> (Total of this page)  $  5,000.00

Total -> (Use only on last page)  $  5,000.00

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

EICHENBAUM, KANTROWITZ, LEFF & GULKO, L.L.C.
140 SYLVAN AVENUE P.O. BOX 1001    Filed 04/09/01    Entered 04/09/01 14:34:00 Desc
ENGLEWOOD CLIFFS, NJ 07632-0661 Scanned from ECM (9661267)    Page 8 of 28

Demand                    $4,157.40
Additional Fees & Mileage    $46.00
                          $100.08
TOTAL                     $4,303.48

Attorneys for Plaintiff
(201) 302-5100
EKLG NO: 99003350

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION SPECIAL CIVIL PART

PEOPLE'S BANK

                    Plaintiff,

                                              UNION COUNTY

        -vs-
                                              DOCKET NO: DC-00319900

GLORIA N SANMARTIN
                    Defendant(s).             CIVIL ACTION
                                              SUMMONS
                                              (CONTRACT)

THE STATE OF NEW JERSEY TO: GLORIA N SANMARTIN  266 WESTFIELD AVE ELIZABETH, NJ 07208

DEFENDANT(S), YOU ARE HEREBY SUMMONED to answer the Civil Complaint of the Plaintiff in the Special Civil Part in UNION County. If you dispute this complaint, you are required to file with the Court located at 2 Broad St. Elizabeth, NJ 07207 and serve upon the attorney(s) for the Plaintiff, whose name and address appear above, a written answer to the attached Complaint within Twenty (20) days from the date served indicated below. If you fail to answer the Complaint, a Judgment may be entered against you for the relief demanded, plus interest and costs of suit. A form of answer is available from the Clerk's Office for your use. The fee for filing an answer is $10.00, paid to the Clerk of the Special Civil Part.
If you do not have an attorney, you may call: 908-353-4715 for the UNION County Lawyer Referral Service.
Si usted no tiene abogado, puede llamar a: 908-353-4715 por la Asociacion de abogados del Condado.
If you cannot afford an attorney, you may call the following 908-527-4769 for the UNION County Legal Services.
Si usted no puede pagar un abogado, usted puede llamar a Servicios Legales Tel 908-527-4769.

DATE SERVED: _____            _____
                                         Gloria Soltis
                                         Clerk of the Special Civil Part    MAR 24 2000

COURT OFFICER'S RETURN OF SERVICE (Official Use Only)

Docket No._____           Date_____           Time_____
WM        WF                    BM              BF                OTHER

HEIGHT_____    WEIGHT_____        AGE_____    HAIR_____

MUSTACHE_____        BEARD_____            GLASSES_____

NAME                                    RELATIONSHIP

DESCRIPTION OF PREMISES

_____

I hereby certify the above return to be true and accurate.

                                    _____
                                    Court Officer

CERTIFICATION OF MAILING (Official Use Only)

I,_____ [Employee Name (Print or Type)] hereby certify that on _____ ,[Date]
I mailed a copy of the within Summons and Complaint by regular and certified mail—return receipt requested.

                            _____
                            Employee Signature
P992

**EICHENBAUM, KANTROWITZ, LEFF & GULKO, LLC**
140 SYLVAN AVENUE
PO BOX 1660
ENGLEWOOD CLIFFS, NJ 07632-0660
201-302-5100
Attorneys for Plaintiff

**EKLG NO: 99003350**

| | |
|---|---|
| **PEOPLE'S BANK** | **DOCKET NO:** |
| | **SUPERIOR COURT OF NEW JERSEY** |
| Plaintiff | **LAW DIVISION** |
| | UNION COUNTY |
| -vs- | SPECIAL CIVIL PART |
| **GLORIA N SANMARTIN** | **CIVIL ACTION** |
| | *COMPLAINT* |
| Defendant(s) | |

Plaintiff, **PEOPLE'S BANK** , whose offices are situated at 1000 Lafayette Blvd 6 FL Bridgeport, CT, complaining of Defendant(s), **GLORIA N SANMARTIN** , says:

1. Defendant(s), GLORIA N SANMARTIN , is/are indebted to Plaintiff arising out of purchases of goods and/or services and/or cash advances with a Mastercard.

2. There is now due and owing to the Plaintiff from Defendant(s) the sum of $4,157.40 including all charges together with interest, service charges and costs which the defendant(s) agreed to pay in accordance with the terms and conditions of his/her account.

3. Demand for payment has been made, but has gone without heed.

4. The Plaintiff may have other accounts which concern the defendant(s) herein but--to the knowledge of Plaintiff's Attorneys--are not the subject matter of any pending action at this time.

**WHEREFORE,** Plaintiff, **PEOPLE'S BANK** , demands Judgment against the Defendant(s), **GLORIA N SANMARTIN** , in the amount of **$4,157.40**,together with interest, attorneys fees and costs of suit.

**EICHENBAUM, KANTROWITZ, LEFF & GULKO, L.L.C.**

**BY:**

RICHARD EICHENBAUM, ESQ.

**DATED:** March 16, 2000
P660-P1

Form B6 E (6-92)    Julius Blumberg, Inc. NYC 10013

In re:    Gloria SAN MARTIN                    Debtor(s)    Case No.            (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ Commitments to Maintain the Capital of an Insured Depository Institution
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (use only on last page of the completed Schedule E) | | $ | |

_____ Continuation sheets attached.

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072© 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 F, Cont. (10-89)

In re:   Gloria SAN MARTIN                                    Debtor(s)        Case No.                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5412132000854978 <br> People's Bank, CCP <br> PO Box 10311 <br> Stamford CT 06904-2311 | | | | | $3,000.00 |
| A/C # 5441290010526104 <br> Exxon Mastercard/GECS <br> PO Box 920 <br> Kings Mills OH 45034-0920 | | | | | $9,000.00 |
| A/C # 5458000411287440 <br> Fingerhut, Cardholder Services <br> PO Box 21222 <br> Tulsa, OK 74121-1222 | | | | | $4,500.00 |
| A/C # 4417 1128 2122 2209 <br> First USA Bank, NA <br> PO Box 8653 <br> Wilmington DE 19899-8653 | | | | | $3,000.00 |
| A/C # 920173-300-510 <br> Direct Merchants c/o IC System <br> 444 Highway 96 East, POB 64887 <br> St. Paul, MN 55164-0887 | | | | | $6,000.00 |
| A/C # 100006807 <br> Debt Educ. & Counseling Services <br> 3645 Ruffin Road, ste 310 <br> San Diego CA 92123-1868 | | | | | $400.00 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page)    $ 25,900.00

Total -> (use only on last page of completed Schedule F.)    $ 25,900.00

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 G (6-90)

In re:    Gloria SAN MARTIN                                    Debtor(s)    Case No.                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTORS INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 H, (6-90)    Julius Blumberg, Inc. NYC 10013

In re:  Gloria SAN MARTIN                          Debtor(s)      Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

1072 © 1991 JULIUS BLUMBERG. INC.. NYC 10013

Form B6I (6-90)

In re:  **Gloria SAN MARTIN**                    Debtor(s)        Case No.                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| single | none | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Omne Staffing Inc. | |
| How long employed | | |
| Address of Employer | | |

**Income:** (Estimate of average monthly income)                         DEBTOR                SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | $ |
| Estimate monthly overtime | | |
| SUBTOTAL | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | |
| b. Insurance | | see paystubs |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1045.00 | $ |

Regular income from operation of business or profession or farm
(attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for the debtor's
    use or that of dependents listed above.
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

| | | |
|---|---|---|
| TOTAL MONTHLY INCOME | $ 1045 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ 1045.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year
following the filing of this document:

3072 - 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:    **Gloria SAN MARTIN**                 Debtor(s)    Case No.                    (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) $ | 300.00 |
| Are real estate taxes included? ☐ Yes ☐ No    Is property insurance included? ☐ Yes ☐ No | |
| Utilities   Electricity and heating fuel | |
|     Water and sewer | |
|     Telephone | 50.00 |
|     Other | |
|         Cable | 100.00 |
| Home maintenance (repairs and upkeep) | |
| Food | 225.00 |
| Clothing | 25.00 |
| Laundry and dry cleaning | |
| Medical and dental expenses | |
| Transportation (not including car payments) | 120.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | |
|     Life | |
|     Health | |
|     Auto | 30.09 |
|     Other | |
|       Sears | 160.00 |
|       Capital One | 30.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | |
| | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | |
|     Other | |
|       Sovereign | 100.00 |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other | |
| | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)    $ | **1140.09** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income    $ | |
| B.  Total projected monthly expenses    $ | |
| C.  Excess income (A minus B)    $ | |
| D.  Total amount to be paid into plan each    $ | |
|               (interval) | |

Form 36 Cont'd (6/90)    Julius Blumberg, Inc. NYC 10013

In re:

Debtor(s)    Case No.

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 13 _____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.       (Total shown on summary page plus 1.)

Date

Signature: _____
                                          Debtor

Date

Signature: _____
                                          (Joint Debtor, if any)

(If joint case, both spouses must sign.)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ _____ _____ _____ (the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ _____ _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date

Signature: _____ _____ _____

(Pint or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Form 7 Stmt. of Financial
Affairs (11-92)

Julius Blumberg, Inc.
NYC 10013

UNITED STATES BANKRUPTCY COURT

DISTRICT OF    **NEW JERSEY**

In re:    **Gloria SAN MARTIN**

Debtor(s)    *Case No.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a *separate sheet properly identified with the case name, case number (if known), and the number of the question.*

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None    **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE (if more than one).

1998    $5112.00
1999
2000

☒ None    **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

### 3. Payments to Creditors

☒ None    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

### 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments

☒ None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☒ None    b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS

☐ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

Anna C. Little, Esq.   $750.00

☒ None   **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

☒ None   **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None   **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY

☒ None   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None   **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☐ None   **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____   Signature of Debtor _____

Date _____   Signature of Joint Debtor (if any) _____

_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571**

№70 7A - 1991 Julius Blumberg, Inc.

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF** *New Jersey*

In re: *Gloria San Martin*     Debtor(s)     Case No.
                                              Chapter *7*

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   a. *Property to Be Surrendered:*

| Description of property | Creditor's name | M.V or |
|---|---|---|
| *NONE* | | |

b. *Property to Be Retained (Specify Realf'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| *Cash* | | *Exempt* |
| *Balance First Union Bank Acct* | | *Exempt* |
| *# 101000 2184638* | | *Exempt* |
| *Bed Clock -radio, Brother Sax* | | *Exempt* |
| *Varied Casual Clothing* | | *Exempt* |
| *1998 Toyota Camry* | | |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

                                                        _____
                                                        Signature of Debtor

* Reaff'd  - Debt will be reaffirmed pursuant to § 524(c)

  Red'd   - Property is claimed as exempt and will be redeemed
            pursuant to § 722                              _____
                                                           Signature of Debtor
  Exempt  - Lien will be avoided pursuant to § 522(f) and property will
            be claimed as exempt

form B8 (6-90)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF

In re:

| Debtor(s) | Case No. |
| | Chapter |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:
   a. *Property to Be Surrendered.*

| Description of property | Creditor's name | N,W or J |
| --- | --- | --- |
| | | |

b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtors intention concerning reaffirmation, redemption, or lien avoidance\*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
| --- | --- | --- |
| | | |

3. I understand that § 521 (2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

................................................................
Signature of Debtor

\* Reaff'd - Debt will be reaffirmed pursuant to § 524(c)

Red'd - Property is claimed as exempt and will be redeemed pursuant to § 722

Exempt - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

................................................................
Signature of Debtor

3085  Statement of compensation Rule 2016(b), B-81

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF   NEW JERSEY

In re   Gloria SAN MARTIN                        Debtor(s)        Case No.                (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                                    $  750.00
   (b) prior to filing this statement, debtor(s) have paid                               $  0.00
   (c) the unpaid balance due and payable is                                             $  750.00

(3) $  200  of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

       NONE OTHER

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

       NONE OTHER

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

       NONE

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

       NOT APPLICABLE

Dated:                          Respectfully submitted,  _____  Attorney for Petitioner

*Attorney's name and address.........*

* 1991 JULIUS BLUMBERG, INC., NYC 10013

People's Bank c/o EKLG attorney
140 Sylvan Avenue POB 1660
Englewood Cliffs, NJ 07632-0660


People's Bank, CCP
P.O. BOX 10311
Stamford, CT 06904-2311


Exxon Mastercard/GECS
P.O. BOX 920
Kings Mills, OH 45034-0920


Fingerhut, Cardholder Services
P.O. BOX 21222
Tulsa, OK 74121-1222


First USA Bank, NA
P.O. BOX 8653
Wilmington, DE 19899-8653


Direct Merchants c/o IC System
444 Highway 96 East, POB 64887
St. Paul, MN 55164-0887


Debt Educ. & Counseling Services
3645 Ruffin Road, Ste. 310
San Diego, CA 92123-1868