Form B18(Official Form 18)
(9/97)

United States Bankruptcy Court
District of New Jersey
PO Box 1352 - 50 Walnut Street
Newark, NJ 07101-1352

In Re:

**Gloria N. San Martin**
266 Westfield Avenue
Elizabeth, NJ 7208
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

           Debtor(s):

Case Number: 01-34057

Chapter: 7

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date: July 16, 2001**

**BY THE COURT**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form DIS

000015

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

Case 01-34057-RG    Doc 7    Filed 07/16/01    Entered 07/16/01 14:13:00    Desc
Cover Sheet ACM1997931    Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: bown                    Page 1 of 1              Date Rcvd: Jul 12, 2001
Case: 01-34057                Form ID: DIS                  Total Served: 12

The following entities were served by first class mail on Jul 14, 2001.
db            Gloria N. San Martin,    266 Westfield Avenue,    Elizabeth, NJ 07208
aty           Anna C. Little,    For Philip DiGiovanni, Esq.,    315 Rahway Avenue,    Elizabeth, NJ 07202
tr            Carmen Maggio,    1065 Bloomfield Ave.,    Clifton, NJ 07012
ust           U.S. Trustee,    Suite 1400,    One Newark Center,    Newark, NJ 07102
ust          +U.S. Trustee,    Office of the US Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5211
8831370      +Debt. Educ. and Counseling Services,    3645 Ruffin Road, Ste. 310,    San Diego, CA 92123-1887
8831369      +Direct Merchants IC System,    444 Highway 96 East, POB 64887,    St. Paul, MN 55127-2557
8831366      +Exxon Mastercard/GECS,    P.O. BOX 920,    Kings Mills, OH 45034
8831367       Fingerhut, Cardholder Services,    P.O. BOX 21222,    Tulsa, OK 74121 1222
8831364      +People's Bank EKLG attorney,    140 Sylvan Avenue POB 1660,    Englewood Cliffs, NJ 07632-2514
8831365       People's Bank, CCP,    P.O. BOX 10311,    Stamford, CT 06904-2311

The following entities were served by electronic transmission on Jul 12, 2001 and receipt of the transmission
was confirmed on:
8831368       EDI: FIRSTUSA.COM Jul 12 2001 16:41:00      First USA Bank, NA,    P.O. BOX 8653,
               Wilmington, DE 19899-8653
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jul 14, 2001          Signature:  _Joseph Speetjens_

000015